MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 29TH day of August, Two thousand and three.

PRESENT:

    Hon. Wilfred Feinberg,
    Hon. Robert A. Katzmann,
        *Circuit Judges*,
    Hon. J. Garvan Murtha,
        *District of Vermont*.



- - - - - - - - - - - - - - - - - - - - - - - -x

Rafaela Mercedes Gomez-DeLeon,

          **Petitioner-Appellant**,

    -v.-                                      SUMMARY ORDER
                                           No. 02-2457

Immigration and Naturalization Service,

          **Respondent-Appellee**.

- - - - - - - - - - - - - - - - - - - - - - - -x

**SUBMITTED FOR APPELLANT:**     Rafaela Mercedes Gomez-DeLeon, *pro se*
                                           Niantic, Connecticut

---

    *The Honorable J. Garvan Murtha, Judge of the United States District Court, Vermont, sitting by designation.

ISSUED AS MANDATE:
FEB 13 2004

SUBMITTED FOR APPELLEE:   James K. Filan, Jr., Esq.
United States Attorney's Office
District of Connecticut
Bridgeport, Connecticut

Appeal from the United States District Court for the District of Connecticut's (Christopher F. Droney, *Judge*).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Petitioner-Appellant, Rafaela Mercedes Gomez-DeLeon, *pro se*, appeals from an order and subsequent judgment of the district court's dismissal of her 28 U.S.C. § 2241 petition. For substantially the same reasons stated in the district court opinion, we affirm the district court's dismissal of Gomez-DeLeon's § 2241 petition. In addition, with respect to Gomez-DeLeon's argument that she is entitled to a compassionate hearing, that issue was not raised in the district court and cannot be raised for the first time on appeal. *See* Singleton v. Wulff, 428 U.S. 106, 120-21 (1976). Accordingly, the judgment of the district court is hereby AFFIRMED.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *[signature]*
Oliva M. George, Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
*[signature]*