Index

Proceedings include all events.
3:01cv1825 Gomez-DeLeon v. INS

INS    APPEAL
CLOSED

| Date | # | Entry |
|---|---|---|
| 9/25/01 | 1 | PETITION for writ of habeas corpus & Motion for Stay of Deportation   FILING FEE $ 5.00 RECEIPT # H4422   (Part 1 of 2) (bpd) [Entry date 09/25/01] [Edit date 09/25/01] |
| 9/25/01 | 2 | Petition for Writ of Habeas Corpus & MOTION by Rafaela Mercedes Gomez-DeLeon to Stay Deportation (Brief Due 10/16/01 )   (Part 2 of 2) (bpd) [Entry date 09/25/01] [Edit date 09/25/01] |
| 10/10/01 | 3 | ORDER re: deportation stayed until 11/1/01; response to petition due 10/23/01 ( signed by Judge Christopher F. Droney ) (jdw) [Entry date 10/10/01] |
| 10/23/01 | 4 | APPEARANCE of Attorney for INS  -- James K. Filan Jr. (rrs) [Entry date 10/24/01] |
| 10/23/01 | 5 | MOTION by INS to Extend Time until 11/23/01 to respond to order to show cause (rrs) [Entry date 10/24/01] |
| 10/29/01 | -- | ENDORSEMENT granting [5-1] motion to Extend Time until 11/23/01 to respond to order to show cause, Case stayed 10/29/01,  set Status Report deadline to 11/23/01   ( signed by Judge Christopher F. Droney ) (jdw) [Entry date 10/29/01] |
| 11/19/01 | 6 | NOTICE of submission of statement by Marco A. Chinchilla for Rafaela Mercedes Gomez-DeLeon (daj) [Entry date 11/19/01] |
| 11/26/01 | 7 | RESPONSE by INS  to [1-1] petition for habeas corpus by Gomez-DeLeon (jdw) [Entry date 11/26/01] |
| 11/28/01 | 8 | MOTION by Rafaela Mercedes Gomez-DeLeon to Extend Time for stay of deportation until 1/1/02 (jdw) [Entry date 11/29/01] |
| 11/28/01 | 9 | ORDER re: stay of deportation until 1/1/02 Case stayed 11/28/01 ( signed by Judge Christopher F. Droney ) (jdw) [Entry date 11/29/01] |
| 12/17/01 | 10 | ORDER reply to petition response due by 12/27/01   ( signed by Judge Christopher F. Droney ) (jrb) [Entry date 12/19/01] |
| 12/19/01 | 11 | Reply to RESPONSE by Rafaela Mercedes Gomez-DeLeon  to [1-1] petition (jrb) [Entry date 12/19/01] |
| 12/21/01 | 12 | ORDER re: stay of deportation continued until 2/1/02, Case stayed 12/21/01 ( signed by Judge Christopher F. Droney ) (jdw) [Entry date 12/26/01] |
| 12/26/01 | 13 | RESPONSE by Rafaela Mercedes Gomez-DeLeon  to [1-1] petition (jdw) [Entry date 12/26/01] |
| 1/16/02 | 14 | NOTICE of submission of widow's papers by Rafaela Mercedes Gomez-DeLeon (jdw) [Entry date 01/17/02] |

Docket as of October 24, 2002 4:44 pm                          Page 2

```
Proceedings include all events.                                  INS    APPEAL
3:01cv1825 Gomez-DeLeon v. INS                                   CLOSED
```

| Date | # | Entry |
|---|---|---|
| 1/30/02 | 15 | ORDER re: [14-1] notice, [13-1] petition response & [11-1] petition response, Government response due by 2/22/02; deportation is stayed ( signed by Judge Christopher F. Droney ) (jrb) [Entry date 01/30/02] |
| 1/30/02 | 16 | MOTION by Rafaela Mercedes Gomez-DeLeon to Incorporate Board's Violation of Due Process & Equal Right Protection Under Convention Against Torture (mag) [Entry date 01/31/02] |
| 2/14/02 | 17 | Response by INS to [15-1] order to show cause (jdw) [Entry date 02/14/02] |
| 2/22/02 | 18 | Response by Rafaela Mercedes Gomez-DeLeon to [17-1] response by INS to [15-1] order to show cause (jdw) [Entry date 02/22/02] |
| 6/21/02 | -- | ENDORSEMENT mooting [8-1] motion to Extend Time for stay of deportation until 1/1/02 ( signed by Judge Christopher F. Droney ) (bpd) [Entry date 06/21/02] |
| 6/21/02 | -- | ENDORSEMENT granting [16-1] motion to Incorporate Board's Violation of Due Process & Equal Right Protection Under Convention Against Torture ( signed by Judge Christopher F. Droney ) (bpd) [Entry date 06/21/02] |
| 6/21/02 | 19 | RULING granting [1-1] motion to Stay Deportation remain in effect to permit appeal to USCA within 10 days, denying [1-1] petition ( signed by Judge Christopher F. Droney ) 17 Page(s) (bpd) [Entry date 06/21/02] |
| 6/28/02 | 20 | JUDGMENT filed and entered, dismissing petition ( signed by Clerk ) (daj) [Entry date 06/28/02] |
| 6/28/02 | -- | Case closed (daj) [Entry date 06/28/02] |
| 7/3/02 | 21 | NOTICE OF APPEAL of [20-1] judgment order, [19-1] order by Rafaela Mercedes Gomez-DeLeon  FILING FEE $ 105.00 RECEIPT # H6703 Certified Copy of Appeal and Docket mailed to USCA (cam) [Entry date 07/09/02] |
| 10/24/02 | -- | Request via telephone from USCA, requesting Record on Appeal re: [21-1] appeal by Rafaela Mercedes Gomez-DeLeon (mag) [Entry date 10/24/02] |
| 10/24/02 | -- | INDEX to Record on Appeal Received on 10/24/02 Mailed to USCA: [21-1] appeal by Rafaela Mercedes Gomez-DeLeon (mag) [Entry date 10/24/02] |